STATE of Missouri, Appellant,

v.

Amos KIRBY, Respondent.

No. WD 61443.

Missouri Court of Appeals, Western District.

Jan. 14, 2003.

Richard G. Callahan, Jefferson City, MO, for appellant.

Jan King, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., ROBERT G. ULRICH, J., and RUSSELL E. STEELE, Sp.J.

### ORDER

PER CURIAM.

The State appeals the trial court's dismissal of an indictment charging Amos Kirby with attempted statutory rape in the second degree. For the reasons stated in

---

the memorandum provided to the parties, the judgment is affirmed. Rule 30.25(b).